UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MOTHER LODE REAL INVESTORS, et al.,<br><br>　　　　Defendants. | No. 2:12-cv-00212-MCE-EFB<br><br>MEMORANDUM AND ORDER |

The Court is in receipt of the Application for Stay and Early Evaluation Conference (ECF No. 8) filed by Defendant Mother Lode Real Investors ("Defendant"). Plaintiff's Application is based upon the mandates included within California's Construction-Related Accessibility Standards Compliance Act ("Act"), California Civil Code §§ 55.51-55.54. However, "the Act is preempted to the extent it applies to plaintiff's ADA claim." O'Campo v. Chico Mall, LP, 758 F. Supp. 2d 976, 985 (E.D. Cal. 2010). In addition, the Court now finds that application of the Act to Plaintiff's state claims in this federal forum is not warranted.

///
///
///
///
///

1

See id. (holding that no stay or early settlement conference was warranted as to state law claims pending in federal court when state provisions were not outcome determinative under Erie R. Co. v. Tompkins, 304 U.S. 64 (1938)).  Accordingly, Plaintiff's Application is DENIED.

IT IS SO ORDERED.

Dated:  July 31, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2