UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROBERT KALANI, | No. 2:12-cv-00212-MCE-EFB |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| MOTHER LODE REAL INVESTORS, et al., | |
| Defendants. | |

Plaintiff's Request for Clarification of Court's Order (ECF No. 17) is GRANTED.  The Court's Order dated July 31, 2012, and electronically filed August 1, 2012, is hereby amended nunc pro tunc as follows: The phrase "Plaintiff's Application" as it is used on page 1, line 18, and page 2, line 3, is corrected to read "Defendant's Application" in both instances.

IT IS SO ORDERED.

Dated:  August 23, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1