1   K. Randolph Moore, SBN 106933
    Tanya E. Moore, SBN 206683
2   MOORE LAW FIRM, P.C.
    332 North Second Street
3   San Jose, California 95112
    Telephone (408) 298-2000
4   Facsimile (408) 298-6046

5

    Attorneys for Plaintiff
6   Robert Kalani

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11

12   ROBERT KALANI,          ) No.  2:12-CV-00212-MCE-EFB
                          )
13           Plaintiff,     )
                          ) **STIPULATION GRANTING PLAINTIFF**
14        vs.              ) **LEAVE TO FILE HIS FIRST AMENDED**
                          ) **COMPLAINT; ORDER**
15   MOTHER LODE REAL INVESTORS, A  )
    CALIFORNIA GENERAL PARTNERSHIP, )
16   RICHARD GLADE dba FULL CIRCLE   )
    TRADING CO.,                )
17                          )
           Defendants.    )
18                          )
    _____)
19

20        **WHEREAS,** Plaintiff, Robert Kalani ("Plaintiff"), seeks to amend his complaint to

21  allege additional access barriers which relate to his disability which were identified at site

22  inspections of the subject property by Plaintiff which took place on October 9, 2012 and

23  November 20, 2012;

24        **WHEREAS**, Plaintiff has not unduly delayed the amendment, does not bring it in bad

    faith, the amendment is not futile, and such amendment does not prejudice defendants Mother
25

    Lode Real Investors, a General Partnership or Richard Glade, dba Full Circle Trading Co.
26

    (whose default has been entered), nor does the amendment in any way change the nature of the
27

    action;
28

    ///

1    **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and

2    Defendant Mother Lode Real Investors, a California General Partnership ("Defendant"), the

3    parties who have appeared in this action, through their respective attorneys of record, that

4    Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit

5    "A."

6    **IT IS FURTHER STIPULATED** that Plaintiff file his First Amended Complaint

7    within five (5) calendar days of the Court's Order permitting such filing, and that Defendants'

8    responses thereto shall be due as required by the Federal Rules of Civil Procedure.

9    **IT IS SO STIPULATED**.

10   Dated:  January 23, 2013                    MOORE LAW FIRM, P.C.

11

12                                              /s/ Tanya E. Moore_____
                                                Tanya E. Moore
13                                              Attorneys for Plaintiff,
                                                Robert Kalani
14

15                                              /s/ Robert C. Lorbeer_____
                                                Robert C. Lorbeer, Attorney for
16                                              Defendant Mother Lode Real Investors,
                                                a California General Partnership
17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within the time required by the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

Dated:    February 1, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE