K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Robert Kalani

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MOTHER LODE REAL INVESTORS, A CALIFORNIA GENERAL PARTNERSHIP, RICHARD GLADE dba FULL CIRCLE TRADING CO.,<br><br>　　　　Defendants. | No. 2:12-CV-00212-MCE-EFB<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE HIS FIRST AMENDED COMPLAINT; ORDER** |

**WHEREAS,** Plaintiff, Robert Kalani ("Plaintiff"), seeks to amend his complaint to allege additional access barriers which relate to his disability which were identified at site inspections of the subject property by Plaintiff which took place on October 9, 2012 and November 20, 2012;

**WHEREAS**, Plaintiff has not unduly delayed the amendment, does not bring it in bad faith, the amendment is not futile, and such amendment does not prejudice defendants Mother Lode Real Investors, a General Partnership or Richard Glade, dba Full Circle Trading Co. (whose default has been entered), nor does the amendment in any way change the nature of the action;

///

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant Mother Lode Real Investors, a California General Partnership ("Defendant"), the parties who have appeared in this action, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

**IT IS FURTHER STIPULATED** that Plaintiff file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' responses thereto shall be due as required by the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED**.

Dated:  January 23, 2013          MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff,
Robert Kalani

/s/ Robert C. Lorbeer
Robert C. Lorbeer, Attorney for
Defendant Mother Lode Real Investors,
a California General Partnership

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within the time required by the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

Dated:   February 1, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE