K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Robert Kalani

Robert C. Lorbeer, State Bar #172072
372 Florin Road, #320
Sacramento, CA 95831
Telephone: (916) 971-9166
Facsimile: (916) 283-4412
Email: Lorbeer-R@Prodigy.net

Attorney for Defendant, Mother Lode Real Investors, a California General Partnership

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | Case No.: 2:12-cv-00212-MCE-EFB |
| Plaintiff, | **STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; ORDER** |
| vs. | |
| MOTHER LODE REAL INVESTORS, et al., | |
| Defendants. | |

**WHEREAS**, the Court set a settlement conference in this matter for Thursday, February 7, 2013;

**WHEREAS**, Plaintiff recently relayed a settlement offer to Defendant Mother Lode Real

1  Investors, a California General Partnership (hereinafter "Defendant Mother Lode").  Counsel for
2  Defendant Mother Lode advises that his client needs additional time to review and evaluate the
3  terms of the offer, and does not believe that his client will be prepared to meaningfully discuss
4  settlement on February 7, 2013;

5       **WHEREAS**, the Parties agree that in order to afford the parties an opportunity to explore
6  settlement on their own prior to utilizing valuable Court resources and incurring significant fees
7  and costs, that a continuation of the settlement conference is warranted;

8       **NOW, THEREFORE**, Plaintiff and Defendant Mother Lode, through their respective
9  attorneys of record, hereby agree to continue the settlement conference currently set in this
10 matter for February 7, 2013 to April 25, 2013, a date which has already been confirmed by Judge
11 Claire's clerk as available.

12 Dated: February 4, 2013                    MOORE LAW FIRM, P.C.

14                                              /s/ Tanya E. Moore
                                                Tanya E. Moore
15                                              Attorneys for Plaintiff Robert Kalani

17                                              /Robert C. Lorbeer
                                                Robert C. Lorbeer, Attorney for
18                                              Defendant Mother Lode Real Investors,
                                                a California General Partnership

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the settlement conference currently scheduled for February 7, 2013 is hereby continued to April 25, 2013 at 9:00 before Magistrate Judge Claire in Courtroom 26. Confidential settlement conference statements are to be submitted to Judge Claire within seven (7) days of the settlement conference, and are not to be filed with the Court or served on any party. Each party shall file a Notice of Submission indicating that their settlement conference statement was lodged with Judge Claire.

**IT IS SO ORDERED**.

Dated: February 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE