UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | No. 2:12-cv-00212-MCE-EFB |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| MOTHER LODE REAL INVESTORS and RICHARD GLADE, | |
| Defendants. | |

On February 11, 2013, the Court issued an order scheduling a settlement conference in this case for April 25, 2013 before Magistrate Judge Allison Claire, and directing the parties to submit confidential settlement statements to Judge Claire within seven days of the conference. (ECF No. 29.) Defendants failed to submit their confidential settlement statement and also failed to appear at the settlement conference on April 25, 2013.

///
///
///
///
///
///

1

Pursuant to Federal Rule of Civil Procedure[1] 16(f)(1), a court may impose sanctions, including those authorized by Rule 37(b)(2)(a)(ii)-(vii), for a party's or its attorney's failure to appear at a scheduling or other pretrial conference or failure to obey a scheduling or other pretrial order.  The sanctions under Rule 16(f) can be severe in nature, including the terminating sanction of entry of default judgment against a defendant.  See Fed. R. Civ. Proc. 37(b)(2)(A)(vi).  The Ninth Circuit has upheld Rule 16(f) sanctions imposed for a party's failure to appear at a scheduled settlement conference as long as the party has a notice and an opportunity to be heard.  See Ayers v. City of Richmond, 895 F.2d 1267, 1270 (9th Cir.1990).  Additionally, the court has discretion "to order the party, its attorney, or both to pay the reasonable expenses – including attorney's fees – incurred because of any noncompliance with [Rule 16], unless the noncompliance was substantially justified or other circumstances make an award of expenses unjust."  Fed. R. Civ. Proc. 16(f)(2).

Defendants are hereby ORDERED TO SHOW CAUSE **on May 16, 2013 at 2:00 p.m.**, in Courtroom 7, why sanctions should not be imposed upon them under Rule 16(f).  Defendants are further ORDERED to file a memorandum with the Court **not later than 4:00 p.m. on May 2, 2013**, explaining why they and their counsel should not be sanctioned by the Court for their failure to submit a confidential settlement statement and to appear at the April 25, 2013 settlement conference.  If Defendants fail to file such memorandum or fail to appear at the hearing on May 16, 2013, the Court may and will impose any sanction under Rule 16(f) that it finds appropriate.

IT IS SO ORDERED.

DATE: April 25, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] All further references to "Rule" or "Rules" are to the Federal Rules of Civil Procedure.