UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | No. 2:12-CV-00212-MCE-EFB |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S *EX PARTE* REQUEST TO AMEND THE SCHEDULING ORDER** |
| vs. | |
| MOTHER LODE REAL INVESTORS, A CALIFORNIA GENERAL PARTNERSHIP, RICHARD GLADE dba FULL CIRCLE TRADING CO., | |
| Defendants. | |

The Court has read and considered the unopposed *ex parte* application of Plaintiff for relief from the Scheduling Order (Doc. 22).  Good cause appearing,

Plaintiff may file a motion to compel the attendance of Defendants at their depositions, and for sanctions, within five (5) Court days of the filing of this Order, such motion to be noticed on the first available Court date before the magistrate judge, complying with appropriate notice requirements.

IT IS SO ORDERED.

DATED: June 7, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR RELIEF FROM SCHEDULING ORDER

Page 1