UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MOTHER LODE REAL INVESTORS;<br>RICHARD GLADE dba FULL CIRCLE<br>TRADING CO.,<br><br>　　　　Defendants. | No. 2:12-cv-212-MCE-EFB<br><br><br>ORDER |

On July 8, 2013, the court issued an order granting plaintiff's motion to compel defendants' attendance at their depositions, as well as plaintiff's request for sanctions. ECF No. 41. The order stated that plaintiff is entitled to depose defendants and that defendants did not provide any valid excuse for their failures to appear for deposition; therefore, plaintiff's motion to compel was granted. *Id*. at 2. The order further noted that Federal Rule of Civil Procedure 37(a)(5)(A) provides that if a motion to compel is granted, the court must require the party whose conduct necessitated the motion to pay the movant's reasonable expenses incurred in making the motion unless the moving party failed to attempt in good faith to obtain the discovery or disclosures without court action, the non-disclosure was substantially justified, or the circumstances make an award of expenses unjust. Fed. R. Civ. P. 37(a)(5)(A); *see also* Fed. R. Civ. P. 37(d)(1)(A) ("The court where the action is pending may, on motion, order sanctions if:

1

. . . a party . . . fails, after being served with proper notice, to appear for that person's deposition."). The order provided that because plaintiff attempted in good faith to depose defendants and then resolve this dispute without court action, defendants provided no justification for their failure to appear for deposition, and the court is aware of no other circumstances that would make an award of expenses unjust, defendants were to reimburse plaintiff for the reasonable expenses incurred in making the motion to compel. *Id*. at 2-3. Therefore, plaintiff was ordered to file declaration(s) from his counsel regarding the time and costs so incurred.

On July 15, 2013, plaintiff filed declarations from attorney Tanya E. Moore and paralegal Marejka Sacks explaining that $3,586.54 in fees were reasonably incurred in bringing the motion to compel and the ex parte application for relief from the scheduling order in order to file the motion to compel, as well as the time spent preparing plaintiff's attorney fees request. *See generally* ECF No. 42. The declarations indicate that Moore spent 3.92 hours at $350 per hour in efforts to meet and confer with defendants, preparation of the ex parte application, and preparation of the motion to compel, for a total billable amount of $1,372.00. ECF Nos. 42-1, 42-2. Sacks spent 9.53 hours at $150 per hour in preparing a meet and confer letter to counsel for defendants, drafting the ex parte application, and drafting the motion to compel, for a total billable amount of $1,429.50. ECF Nos. 42-3, 42-4. Moore also spent 1.4 hours at $350 per hour preparing the attorney fees request, for a billable amount of $490.00, and Sacks spent 1.97 hours at $150 per hour for a billable amount of $295.04. ECF Nos. 42-1, 42-2, 42-3.

Although defendants were provided an opportunity to file any opposition or response to the request for fees, no opposition was filed.[1] ECF No. 43. Furthermore, the court finds that the July 15 declarations adequately demonstrate that the hours expended were reasonably necessary to prosecute the motion, and that the hourly rates are reasonable and well within market rates for this district. Accordingly, the court finds that the $3,586.54 in fees sought by plaintiff were reasonably incurred in making the motion to compel (both the amount of hours expended and the

---

[1] Adequate notice that sanctions may be imposed and the opportunity to submit briefs on the issue satisfy the Rule 37(c)(1) requirement of a "motion" and "opportunity to be heard." *Paladin Assocs., Inc. v. Montana Power Co*., 328 F.3d 1145, 1164 (9th Cir. 2003).

1 hourly rates are reasonable), plaintiff's request for $3,586.54 in fees is granted.  Therefore,
2 defendants shall, no later than thirty days from the filing date of this order, reimburse plaintiff for
3 the expenses incurred in making its motion to compel, ECF No. 40, in the total amount of
4 $3,586.54.

5     So Ordered.

6 Dated:  August 13, 2013.

                      EDMUND F. BRENNAN
7                       UNITED STATES MAGISTRATE JUDGE