Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Robert Kalani

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI,<br><br>    Plaintiff,<br><br>    vs.<br><br>MOTHER LODE REAL INVESTORS, A CALIFORNIA GENERAL PARTNERSHIP, RICHARD GLADE dba FULL CIRCLE TRADING CO.,<br><br>    Defendants. | No. 2:12-CV-00212-MCE-EFB<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Robert Kalani and Defendants Mother Lode Real Investors, a California General Partnership; and Richard Glade dba Full Circle Trading Co., the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: October 8, 2013                    MOORE LAW FIRM, P.C.


                                         /s/ Tanya E. Moore
                                         Tanya E. Moore
                                         Attorney for Plaintiff
                                         Robert Kalani

Date: October 1, 2013                    LAW OFFICES OF ROBERT C. LORBEER


                                         /s/ Robert C. Lorbeer
                                         Robert C. Lorbeer, Attorney for
                                         Defendants Mother Lode Real Investors,
                                         a California General Partnership, and
                                         Richard Glade, dba Full Circle Trading Co.


## ORDER


The parties having so stipulated that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**.


Dated:  October 8, 2013


                                         _____
                                         MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                         UNITED STATES DISTRICT COURT